869 A.2d 974

**In the Matter of R. Elliott TOLL**

**Petition for Reinstatement.**

**No. 636 Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

March 11, 2005.

## ORDER

PER CURIAM.

AND NOW, this 11th day of March, 2005, upon consideration of the Report and Recommendations of the Disciplinary

Board of the Supreme Court of Pennsylvania dated December 29, 2004, the Petition for Reinstatement is GRANTED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.